UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PET FOOD EXPRESS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLIED UNDERWRITERS, INC., et al., <br><br> Defendants. | No. 2:16-cv-01211-WBS-AC <br><br><br> ORDER |

Counsel for all parties appeared before the court pursuant to their joint request for a discovery conference (ECF No. 57) on November 1, 2017. ECF No. 70, LCR 302(c)(1). Based upon the parties' joint statement and the remarks made at the conference, the undersigned issues the following discovery order:

1. The parties shall meet and confer regarding any outstanding discovery issues other than ESI by November 15, 2017. During this time, defendants must provide plaintiffs, in writing, a status report addressing each of the "agreed" discovery categories listed on pages 3-4 of the joint statement filed at ECF No. 72.
2. The parties shall continue to meet and confer regarding the search methodology for ESI discovery, and shall finalize ESI custodians and search terms by November 29, 2017. Search terms are to be negotiated on a term-by-term basis; objections to *all* search terms on the basis that *some* search terms are overbroad will be held to be improper objections.

1

3. Defendants' shall produce all outstanding documents responsive to plaintiff's non-ESI document production requests, or make a motion for a protective order as to requests defendants believe are beyond the proper scope of discovery, by December 8, 2017. If defendants make a motion for a protective order that impacts fewer than all requested documents, defendants must produce the documents to which they do not object at or before the filing of a motion for a protective order.

4. Defendants shall produce documents resulting from ESI searches by December 15, 2017. To the extent defendants are not able despite the exercise of reasonable diligence to produce all responsive documents by that deadline, they must produce all responsive documents that have been identified and reviewed for privilege. Defendants shall not withhold all production on the basis that they are not prepared to make a complete production by the December 15, 2017 deadline.

5. Any requests for extensions of these deadlines, to the extent that additional time needed for compliance will affect any motions deadlines or other dates set by the District Judge, shall be directed to the District Judge. Requests for extensions which will not affect the operative Scheduling Order, ECF No. 58, may be submitted to the undersigned in the form of a stipulation or (if the parties do not agree) a joint statement and will be decided without hearing unless otherwise ordered by the court.

6. The parties will participate in a telephonic discovery status conference before the undersigned on December 18 at 1:00 p.m.

IT IS SO ORDERED.

DATED: November 1, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE