SPENCER Y. KOOK (SBN 205304)
skook@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street
Forty-Seventh Floor
Los Angeles, CA 90071
Telephone:     (213) 680-2800
Facsimile:      (213) 614-7399

TRAVIS R. WALL (SBN 191662)
twall@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:     (415) 362-6000
Facsimile:      (415) 834-9070

Attorneys for Defendants
APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., a California corporation and all those similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO.,<br><br>Plaintiffs,<br>vs.<br>APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.,<br><br>Defendants. | Case No. 2:16-CV-00158-WBS-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULING ORDER**<br><br>Judge William B. Shubb |
| PET FOOD EXPRESS LTD., a California corporation and all those similarly situated and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO.,<br><br>Plaintiffs,<br>vs.<br>APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.<br><br>Defendants. | Case No. 2:16-CV-01211-WBS-AC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER**<br><br>Judge William B. Shubb |

## STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE

Whereas, the parties in the above actions consolidated for pre-trial purposes have been engaged in discovery of both class and merits issues;

Whereas, in spite of diligent efforts the parties were not able to resolve all discovery issues, and as a result brought numerous discovery issues to Magistrate Judge Claire for resolution;

Whereas, on January 12, 2018 Magistrate Judge Claire denied (in part) Defendants' motion for a protective order regarding certain of Plaintiffs' discovery requests, requiring the production of additional documents and data (*Shasta Linen* DKT #80; *Pet Food Express* DKT #85);

Whereas, due to the filing of amended complaints on June 21, 2017, the parties in both actions previously requested, and the Court granted, extensions of the deadlines set by the Court;

Whereas, the parties agree that an additional extension of the deadlines by 150 days is necessary to permit completion of certain discovery (including production of documents that were the subject of Magistrate Judge Claire's recent order) prior to the filing of motions relating to class certification;

IT IS HEREBY STIPULATED by the parties, through their counsel of record, that:

1. The current deadlines in the scheduling order dated July 6, 2017 shall be extended by 150 days, as follows:

**Discovery**

| | |
|---|---|
| Expert disclosures: | March 28, 2019 |
| Rebuttal expert disclosures: | April 29, 2019 |
| Completion of fact discovery: | February 28, 2019 |
| Completion of all discovery: | July 1, 2019 |
| Discovery motions filed: | July 1, 2019 |

**Motion Hearing Schedules**

| | |
|---|---|
| Filing of motions relating to class certification: | July 19, 2018 |
| Opposition to class certification motion: | September 6, 2018 |
| Reply to opposition: | **October 9, 2018** |
| All other motions to be filed by: | July 1, 2019 |

1

STIPULATION MODIFYING SCHEDULING ORDER; [PROPOSED] ORDER
CASE NO. 2:16-CV-00158-WBS-AC; 2:16-CV-01211-WBS-AC

**Trial Deadlines**

Final Pretrial Conference: **September 16, 2019 at 1:30 p.m.**

Trial: **November 13, 2019 at 9:00 a.m.**

Except as modified, the prior scheduling order remains unchanged.

Dated: February 5, 2018                  HINSHAW & CULBERTSON LLP

By: /s/ Travis R. Wall
SPENCER Y. KOOK
TRAVIS R. WALL
Attorneys for Defendants
APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC. and APPLIED RISK SERVICES, INC.

Dated: February 5, 2018                  DLA PIPER LLP

By: /s/ Shand S. Stephens (as authorized on February 5, 2018)
SHAND S. STEPHENS
Attorneys for Defendants
APPLIED UNDERWRITERS INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CALIFORNIA INSURANCE COMPANY, INC. and APPLIED RISK SERVICES, INC.

| | | |
|---|---|---|
| Dated: February 5, 2018 | | FARMER SMITH & LANE, LLP |
| | By: | /s/ Craig E. Farmer (as authorized on February 5, 2018) |
| | | CRAIG E. FARMER |
| | | JOHN L. HALL |
| | | Attorneys for Plaintiff |
| | | SHASTA LINEN SUPPLY, INC., on behalf of itself and all others similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO |
| Dated: February 5, 2018 | | LAW OFFICES OF JOHN DOUGLAS MOORE |
| | By: | /s/ John Douglas Moore (as authorized on February 5, 2018) |
| | | JOHN DOUGLAS MOORE |
| | | Attorneys for Plaintiffs |
| | | PET FOOD EXPRESS LTD, a California Corporation and all those similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO |
| Dated: February 5, 2018 | | BERGER & MONTAGUE, P.C. |
| | By: | /s/ Glen Abramson (as authorized on February 5, 2018) |
| | | GLEN ABRAMSON *Pro Hac Vice* |
| | | Attorneys for Plaintiffs |
| | | PET FOOD EXPRESS LTD, a California Corporation and all those similarly situated, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO |

## **SIGNATURE ATTESTATION**

I, Travis Wall, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Modifying Scheduling Order. In compliance with Local Rules, I hereby attest that all party signatories hereto concur in this filing.

/s/ Travis Wall
TRAVIS WALL

3

# ORDER

Pursuant to stipulation, and good cause appearing, it is so ordered.

Dated: February 6, 2018

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE