CRAIG E. FARMER (SBN 61806)
Email: cfarmer@farmersmithlaw.com
JOHN L. HALL (SBN 235964)
Email: jhall@farmersmithlaw.com
FARMER SMITH & LANE LLP
3620 American River Drive, Suite 218
Sacramento, CA 95864
Tel: (916) 679-6565
Fax: (916) 679-6575

Attorneys for Plaintiff Shasta Linen Supply, Inc.

JOHN DOUGLAS MOORE (SBN 95655)
Email: jmoore@hennetzel.com
HENN ETZEL & MOORE INC.
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 893-6300
Fax: (510) 433-1298

Attorneys for Plaintiff Pet Food Express Ltd.

[Additional counsel listed on signature page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED UNDERWRITERS, INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE, INC., CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.,<br><br>Defendants. | Case No. 2:16-cv-00158-WBS-AC<br><br>**STIPULATION AND ORDER FOR FILING DOCUMENTS UNDER SEAL AND REDACTED DOCUMENTS** |
| PET FOOD EXPRESS LTD., individually and on behalf of all others similarly situated, | |

| | |
|---|---|
| Plaintiff, | Case No. 2:16-cv-01211-WBS-AC |
| vs. | **STIPULATION AND ORDER FOR FILING DOCUMENTS UNDER SEAL AND REDACTED DOCUMENTS** |
| APPLIED UNDERWRITERS, INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE, INC., and CALIFORNIA INSURANCE COMPANY, INC., | |
| Defendants. | |

## STIPULATION AND [PROPOSED] ORDER FOR FILING DOCUMENTS UNDER SEAL AND REDACTED DOCUMENTS

Whereas, there are two related class action lawsuits filed in this district, *Pet Food Express Ltd. v. Applied Underwriters, Inc.,* Case No. 2:16-cv-0211-WBS-AC and *Shasta Linen Supply, Inc. v. Applied Underwriters, Inc.,* Case No. 2:16-cv-00158-WBS-AC; both actions are putative class actions involving the same parties and similar claims;

Whereas, on July 6, 2017, pursuant to stipulation, the Court issued an order consolidating the two actions (ECF Doc. 58);

Whereas, on February 6, 2017, the Court issued a Protective Order concerning documents and deposition testimony in this matter (ECF Doc. 48);

Whereas, on February 22, 2018, the Court issued a case management order requiring motions for class certification to be filed by July 19, 2018 (ECF Doc. 88);

Whereas, on July 17, 2018, the Court issued an Order modifying the previous schedule to allow Plaintiffs to file their motions for class certification on or before July 26, 2018 (ECF Doc. 97);

Whereas, such motion for class certification will include exhibits and deposition transcripts that are covered by the Protective Order and that are entitled to be filed under seal under applicable law;

IT IS HEREBY STIPULATED by the parties, through their counsel of record, that:

1. The parties do hereby consent to the Plaintiffs' application to file documents under seal for documents which are part of their motion for class certification, pursuant to LR 141;

2. The parties do hereby consent to redaction to the plaintiffs' Memorandum of Law of any citations, references, or quotations of any sealed documents and/or transcripts which are included in their motion for class certification, pursuant to LR 140;

3. Simultaneously with the motion for class certification, the plaintiffs shall file a motion to file under seal and/or redaction, pursuant to LR 140 and 141, and shall provide unredacted copies of all such motion papers and exhibits to the Court and opposing counsel of both the motion for class certification and the motion to file under seal and redaction. Pursuant to the Part Rules, sealed documents will be provided to the Court via: ApprovedSealed@caed.uscourts.gov. The sealed exhibits to class certification shall not be uploaded to ECF, pending a determination by the Court on the Plaintiffs' application to file under seal and redaction, but the exhibits uploaded to ECF as part and parcel of the motion for class certification shall state, "*application to seal exhibit pending*".

Dated: July 24, 2018            Respectfully submitted,

By:/s/   Craig E. Farmer
CRAIG E. FARMER (SBN 61806)
Email: cfarmer@farmersmithlaw.com
JOHN L. HALL (SBN 235964)
Email: jhall@farmersmithlaw.com
FARMER SMITH & LANE LLP
3620 American River Drive, Suite 218
Sacramento, CA  95864
Tel: (916) 679-6565
Fax: (916) 679-6575

*Attorneys for Plaintiff Shasta Linen Supply, Inc.*

By:/s/ John Douglas Moore
JOHN DOUGLAS MOORE (SBN 95655)
Email: jmoore@hennetzel.com
1970 Broadway Suite 950
Oakland, CA 94612

STIPULATION TO FILE DOCUMENTS UNDER SEAL

Tel: (510) 893-6300
Fax: (510) 433-1298

GLEN L. ABRAMSON (*pro hac vice)
gabramson@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

KEVIN PAGE (*pro hac vice)
Kevin@CandPlaw.com
CUMMINGS & PAGE, LLP
16 Studio Hill Road
Briarcliff Manor, NY 10510
Tel: (914) 821-6400
Fax: (914) 821-6444

*Attorneys for Plaintiff Pet Food Express Ltd.*


By:/s/ Travis Wall
TRAVIS WALL
twall@ mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 362-6000
Fax: (415) 834-9070

SPENCER Y. KOOK
skook@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
63 West 5th Street
Forty-Seventh Floor
Los Angeles, CA 90071
Tel: (213) 680-2800
Fax: (213) 614-7399

Shand S. Stephens
shand.stephens@dlapiper.com
DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Tel: (415) 615-6028
Fax: (415) 659-7328

*Attorneys for Defendants Applied Underwriters, Inc. et al*

## SIGNATURE ATTESTATION

I, Kevin Page, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Modifying Scheduling Order. In compliance with Local Rules, I hereby attest that all party signatories hereto concur in this filing.

/s/ Kevin Page

KEVIN PAGE

## ORDER

The court expresses no opinion as to whether it will allow any particular document to be sealed. Any request to seal must comply with the requirements set forth by, inter alia, <u>Kamakana v. City & County of Honolulu</u>, 447 F.3d 1172, 1178 (9th Cir. 2006), and "articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." <u>Id.</u> at 1178-79 (citations omitted).

IT IS SO ORDERED.

Dated: July 25, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE