# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., a California corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED UNDERWRITERS, INC., et al.,<br><br>Defendants. | Case No. 2:16-CV-00158-WBS-AC<br><br>Judge William B. Shubb<br>Magistrate Judge Allison Claire<br><br>**ORDER GRANTING APPLIED DEFENDANTS' UNOPPOSED EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' REQUEST TO SEAL DOCUMENTS AND REDACT FILINGS**<br><br>**Current Filing Due Date:**     **July 30, 2018**<br>**Requested Extension Date:**   **August 13, 2018** |
| PET FOOD EXPRESS LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED UNDERWRITERS, INC., et al.,<br><br>Defendants. | Case No. 2:16-01211 WBS AC<br><br>Judge William B. Shubb<br>Magistrate Judge Allison |

DLA Piper LLP (US)
San Francisco

WEST\282542270.1

ORDER GRANTING APPLIED DEFENDANTS' UNOPPOSED EX PARTE
APPLICATION TO EXTEND TIME
CASE NO. 2:16-01211 WBS AC

1     Defendants Applied Underwriters, Inc., Applied Underwriters Captive Risk Assurance Company, Inc., California Insurance Company, and Applied Risk Services, Inc.'s (collectively, the "Applied Defendants") Unopposed *Ex Parte* Application to Extend Time to Respond to Plaintiffs' Request to Seal Documents and Redact Filings (the "Application") has been considered by the Court.

    Good cause appearing, the Court finds as follows:

    The Application is GRANTED. The Applied Defendants shall file a response to Plaintiffs' Request to Seal Documents and Redact Filings to Their Motion for Class Certification (ECF No. 95) on or before August 13, 2018.

    IT IS SO ORDERED.

Dated: July 30, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE