1   SHAND S. STEPHENS (Bar No. 67694)
    shand.stephens@dlapiper.com
2   AMANDA L. MORGAN (Bar No. 246277)
    amanda.morgan@dlapiper.com
3   JEANETTE T. BARZELAY (Bar No. 261780)
    jeanette.barzelay@dlapiper.com
4   **DLA PIPER LLP (US)**
    555 Mission Street, Suite 2400
5   San Francisco, California  94105
    Telephone: (415) 836-2500
6   Facsimile:  (415) 836-2501

7   TRAVIS R. WALL (SBN 191662)
    twall@mail.hinshawlaw.com
8   HINSHAW & CULBERTSON LLP
    One California Street, 18th Floor
9   San Francisco, CA 94111
    Telephone: (415) 362-6000
10  Facsimile:  (415) 834-9070

11  SPENCER Y. KOOK (SBN 205304)
    skook@mail.hinshawlaw.com
12  HINSHAW & CULBERTSON LLP
    633 West 5th Street, 47th Floor
13  Los Angeles, CA 90071
    Telephone: (213) 680-2800
14  Facsimile:  (213) 614-7399

15  Attorneys for Defendants Applied Underwriters, Inc.,
    Applied Underwriters Captive Risk Assurance Company,
16  Inc., California Insurance Company, and Applied Risk
    Services
17

18          **IN THE UNITED STATES DISTRICT COURT**

19          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

20                   **SACRAMENTO DIVISION**

21

22  SHASTA LINEN SUPPLY, INC., a          Case No.  2:16-CV-00158-WBS-AC
    California corporation, et al.,
23                                        Judge William B. Shubb
                Plaintiffs,               Magistrate Judge Allison Claire
24
    v.
25                                        **APPLIED DEFENDANTS' NOTICE OF**
    APPLIED UNDERWRITERS, INC., et        **REQUEST TO SEAL DOCUMENTS IN**
26  al.,                                  **SUPPORT OF OPPOSITION TO MOTION**
                                          **FOR CLASS CERTIFICATION**
                Defendants.
27

28

DLA PIPER LLP (US)
SAN FRANCISCO

-1-

APPLIED DEFS' NOTICE OF REQUEST TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO MOTION FOR
CLASS CERTIFICATION, CASE NOS. 2:16-CV-00158-WBS-AC; 2:16-CV-01211-WBS-AC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PET FOOD EXPRESS LTD., et al.,

              Plaintiffs,

v.

APPLIED UNDERWRITERS, INC., et al.,

              Defendants.

Case No.  2:16-CV-01211-WBS-AC

Judge William B. Shubb
Magistrate Judge Allison Claire

DLA Piper LLP (US)
San Francisco

-2-
APPLIED DEFENDANTS' NOTICE OF REQUEST TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO MOTION
FOR CLASS CERTIFICATION, CASE NOS. 2:16-CV-00158-WBS-AC; 2:16-CV-01211-WBS-AC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Applied Underwriters Inc., Applied Underwriters Captive Risk Assurance Company ("AUCRA"), Inc., California Insurance Company, Inc., and Applied Risk Services, Inc. (collectively, "Applied" or "Defendants") hereby request, pursuant to Local Rule 141, that the Court file under seal the following documents:

**Exhibit 40** to the Declaration of Shand S. Stephens, filed concurrently with Defendants' Opposition (the "Stephens Declaration"), which is a document exchanged in document discovery and covered under the Stipulated Protective Order, and is confidential in nature.

Defendants' Request to Seal Documents, the Proposed Order, and all documents covered by the Request were submitted to the designated proposed orders e-mail box of the Honorable William B. Shubb on October 12, 2018, and were electronically served on Plaintiffs' counsel by flash drive with a courtesy copy sent by secure file transport link on October 12, 2018.

Dated:  October 12, 2018

Respectfully submitted,

**DLA PIPER LLP (US)**

By:    */s/ Shand S. Stephens*
      SHAND S. STEPHENS
      AMANDA L. MORGAN
      JEANETTE T. BARZELAY
      555 Mission Street, Suite 2400
      San Francisco, California 94105
      Tel: (415) 836-2500
      Fax: (415) 836-2501

**HINSHAW & CULBERTSON LLP**

By:    */s/ Travis Wall*
      TRAVIS WALL
      One California Street, 18th Floor
      San Francisco, California 94111
      Tel: (415) 362-6000
      Fax: (415) 834-9070

DLA PIPER LLP (US)
SAN FRANCISCO

-3-
APPLIED DEFENDANTS' NOTICE OF REQUEST TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION, CASE NOS. 2:16-CV-00158-WBS-AC; 2:16-CV-01211-WBS-AC

SPENCER Y. KOOK
633 West 5th Street, 47th Floor
Los Angeles, California 90071
Tel: (213) 680-2800
Fax: (213) 614-7399

ATTORNEYS FOR DEFENDANTS
APPLIED UNDERWRITERS, INC., APPLIED
UNDERWRITERS CAPTIVE RISK ASSURANCE
COMPANY, INC., CALIFORNIA INSURANCE
COMPANY, AND APPLIED RISK SERVICES, INC.

WEST\283726170.1

DLA Piper LLP (US)
San Francisco

-4-

APPLIED DEFENDANTS' NOTICE OF REQUEST TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO MOTION
FOR CLASS CERTIFICATION, CASE NOS. 2:16-CV-00158-WBS-AC; 2:16-CV-01211-WBS-AC