| | |
|---|---|
| 1 | Glen L. Abramson (*pro hac vice*) |
| | gabramson@bm.net |
| 2 | Peter R. Kahana (*pro hac vice*) |
| | pkahana@bm.net |
| 3 | **BERGER MONTAGUE P.C.** |
| | 1818 Market Street, Suite 3600 |
| 4 | Philadelphia, PA 19103 |
| | Tel: (215) 875-3000 |
| 5 | Fax: (215) 875-4604 |
| 6 | Attorneys for Plaintiffs |
| | *Additional counsel listed below* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| PET FOOD EXPRESS LTD., et al., | Case No. 2:16-01211 WBS AC |
| Plaintiffs, | |
| v. | **Stipulation and [Proposed] Order For Dismissal of Alpha Polishing, Inc. d/b/a General Plating Co.** |
| APPLIED UNDERWRITERS, INC., et al., | |
| Defendants. | |

## Stipulation and [Proposed] Order For Dismissal of Alpha Polishing, Inc. d/b/a General Plating Co.

Whereas, Alpha Polishing, Inc. d/b/a General Plating Co. ("Alpha") and Defendants Applied Underwriters, Inc., Applied Underwriters Captive Risk Assurance Company, Inc., California Insurance Company, and Applied Risk Services, Inc. ("Defendants") have reached an agreement to settle their respective claims against each other and now jointly by stipulation seek dismissal of Alpha from this action (*Pet Food Express Ltd. v. Applied Underwriters Inc. et al.,* No. 2:16-cv-00158), and dismissal with prejudice of all Claims filed by Alpha against Defendants and all Counterclaims filed by Defendants against Alpha.

Whereas, Pet Food Express Ltd. and Defendants have not reached an agreement to settle their respective Claims against each other and will continue to litigate this action (*Pet Food Express Ltd. v. Applied Underwriters Inc. et al.,* No. 2:16-cv-00158). [1]

Whereas Fed. R. Civ. P. Rules 15(a)(2), 21, and 41(a)(2) each independently and together grant the Court discretion to dismiss Alpha from this action (*Pet Food Express Ltd. v. Applied Underwriters Inc. et al.,* No. 2:16-cv-00158), and all Claims filed by Alpha against Defendants and all Counterclaims filed by Defendants against Alpha.

Alpha and Defendants respectfully request entry of the below [Proposed Order] dismissing Alpha from this action (*Pet Food Express Ltd. v. Applied Underwriters Inc. et al.,* No. 2:16-cv-00158), and dismissing with prejudice all Claims filed by Alpha against Defendants and all Counterclaims filed by Defendants against Alpha.

Respectfully submitted,

Dated: August 23, 2019        BERGER MONTAGUE P.C.

By: */s/ Glen L. Abramson*
GLEN ABRAMSON *pro hac vice*
PETER R. KAHANA *pro hac vice*
Attorneys for Plaintiffs Shasta Linen Supply, Inc., and Alpha Polishing, Inc. d/b/a General Plating Co.

---

[1] Pet Food Express Ltd. is not a party to this Stipulation.

| | | |
|---|---|---|
| Dated: August 23, 2019 | | FARMER SMITH & LANE, LLP |
| | | By: */s/ Craig E. Farmer* |
| | | CRAIG E. FARMER |
| | | Attorneys for Plaintiffs Shasta Linen Supply, Inc., and Alpha Polishing, Inc. d/b/a General Plating Co. |
| Dated: August 23, 2019 | | DLA PIPER LLP (US) |
| | | By: */s/ Shand S. Stephens* |
| | | SHAND S. STEPHENS |
| | | AMANDA L. MORGAN |
| | | JEANETTE T. BARZELAY |
| | | Attorneys for Defendants Applied Underwriters, Inc., Applied Underwriters Captive Risk Assurance Company, Inc., California Insurance Company, and Applied Risk Services, Inc. |

## SIGNATURE ATTESTATION

I, Glen Abramson, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed Order] for Dismissal.  In compliance with Local Rules, I hereby attest that all party signatories hereto concur in this filing.

*/s/ Glen L. Abramson*

# **ORDER**

Pursuant to Stipulation, and Federal Rules of Civil Procedure Rules 15(a)(2), 21, and 41(a)(2), the Court hereby Orders:

(1) Plaintiff Alpha Polishing, Inc. d/b/a General Plating Co. ("Alpha") is dismissed from this action (*Pet Food Express Ltd. v. Applied Underwriters Inc. et al.,* No. 2:16-cv-00158) with prejudice;

(2) All Claims filed by Alpha against Defendants Applied Underwriters, Inc., Applied Underwriters Captive Risk Assurance Company, Inc., California Insurance Company, and Applied Risk Services, Inc. ("Defendants") and all Counterclaims filed by Defendants against Alpha are dismissed with prejudice, with each Alpha and Defendants to bear their own costs, expenses, and attorneys' fees.

Dated: August 26, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE