UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED UNDERWRITERS, INC.; APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC.; CALIFORNIA INSURANCE COMPANY; and APPLIED RISK SERVICES, INC.,<br><br>Defendants. | No. 2:16-cv-158 WBS AC<br><br><br><br>ORDER RELATING CASES |

1

| | | |
|---|---|---|
| 1 | PET FOOD EXPRESS LTD, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO., on behalf of themselves and all others similarly situated, | |
| 2 | | |
| 3 | | No. 2:16-cv-1211 WBS AC |
| 4 | | |
| 5 | Plaintiffs, | |
| 6 | v. | |
| 7 | APPLIED UNERWRITERS, INC.; APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC.; CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC., | |
| 8 | | |
| 9 | | |
| 10 | Defendants. | |
| 11 | | |
| 12 | APPLIED UNDERWRITERS, INC., a Nebraska corporation; and APPLIED RISK SERVICES, INC., a Nebraska Corporation,, | |
| 13 | | |
| 14 | | |
| 15 | Plaintiffs, | |
| 16 | v. | No. 2:20-cv-2096 KJM AC |
| 17 | INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA RICARDO LARA, in his official capacity; CALIFORNIA DEPARTMENT OF INSURANCE DEPUTY COMMISSIONER KENNETH SCHNOLL, in his official capacity; CALIFORNIA DEPARTMENT OF INSURANCE DEPUTY COMMISSIONER BRYANT HENLEY, in his official capacity; and DOES 1-20, | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Defendants. | |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because

1  all three cases appear to involve the legality of same or similar
2  transactions and the court's rulings on those transactions.
3  Accordingly, the assignment of the matters to the same judge is
4  likely to effect a substantial saving of judicial effort and is
5  also likely to be convenient for the parties.
6     The parties should be aware that relating the cases
7  under Local Rule 123 merely has the result that both actions are
8  assigned to the same judge; no consolidation of the actions is
9  effected.  Under the regular practice of this court, related
10 cases are generally assigned to the judge and magistrate judge to
11 whom the first filed action was assigned.
12    IT IS THEREFORE ORDERED that the actions denominated
13 <u>Shasta Linen Supply, Inc. v. Applied Underwriters, Inc.</u>, 2:16-cv-
14 00158 WBS AC, <u>Pet Food Express Ltd. v. Applied Underwriters Inc.</u>,
15 No. 2:16-cv-01211 WBS AC, and <u>Applied Underwriters, Inc. v. Lara</u>,
16 2:20-cv-02096 KJM AC, be, and the same hereby are, deemed
17 related.[1]  The case denominated <u>Applied Underwriters, Inc. v.</u>
18 <u>Lara</u>, 2:20-cv-02096 KJM AC, shall be reassigned to the Honorable
19 WILLIAM B. SHUBB.  Any dates currently set in the reassigned case
20 only are hereby VACATED.  Henceforth, the captions on documents
21 filed in the reassigned case shall be shown as <u>Applied</u>
22 <u>Underwriters, Inc. v. Lara</u>, 2:20-cv-02096 WBS AC.
23 / / /
24 / / /
25
26 ──────────────────────
  [1]   The court previously related Case Nos. 2:16-cv-00158
27 WBS AC and 2:16-cv-01211 WBS AC.  (Docket No. 28 in Case No.
2:16-cv-00158 WBS AC, Docket No. 23 in Case No. 2:16-cv-01211 WBS
28 AC.)

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: October 21, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE